AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

JERMAINE BELL

*Petitioner*

v.

MARCUS MARTIN

*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. 3:24-cv-3-HTW-LGI
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Jermaine Bell
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: USP Yazoo City
   (b) Address: P O box 5000
       Yazoo city, MS 39194
   (c) Your identification number: 33031-037

*FILED JAN 02 2024 — SOUTHERN DISTRICT OF MISSISSIPPI — ARTHUR JOHNSTON, BY _____ DEPUTY*

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: United States District court District of Maryland.
     (b) Docket number of criminal case: 1:06-cr-00179-RDB-2
     (c) Date of sentencing: 05/15/2008
   ☐ Being held on an immigration charge
   ☒ Other (explain): Actual innocents of conviction

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 101 W. Lombard Balt, Md 21201

   (b) Docket number, case number, or opinion number: 1:06-cr-00179-RDB-2
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   Challanging the district courts conviction under 18 USC 924 (J)

   (d) Date of the decision or action: 05/15/2008

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes           ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: UNITED STATES COURT OF APPEAL FOR THE FOURTH CURCUIT.
       (2) Date of filing: 01/05/2009
       (3) Docket number, case number, or opinion number: 09-4031
       (4) Result: Affirmed
       (5) Date of result: 01/06/2010
       (6) Issues raised: The factual basis regarding participating in the conspiracy was insufficient to sustain guilty plea.

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes           ☒ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   _____
   _____
   _____
   _____
   _____
   _____

(b) If you answered "No," explain why you did not file a second appeal: _____

   _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes        ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

      _____
      _____
      _____
      _____
      _____
      _____

   (b) If you answered "No," explain why you did not file a third appeal: _____

   _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☒ Yes        ☐ No
    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
           ☒ Yes        ☐ No

If "Yes," provide:
(1) Name of court: US DISTRICT COURT OF MARYLAND 101 W. LOMBARD ST ,BALT MD 212
(2) Case number: RDB-11-1086
(3) Date of filing: 04/26/2011
(4) Result: Relief denied.
(5) Date of result: 06/11/2012
(6) Issues raised: Counsel was ineffective for failing to investigate a defense witness.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Procedural ruling unavailable, and statuory change in law.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☑ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** 5th Amendment violation US const.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioners conviction is invalid based on statutory interpretation rending him actually innocent of conviction

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☑ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes         ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   decision not avaialable

## Request for Relief

15. State exactly what you want the court to do:  vacater of guilty plea ,grant evidentiary hearing ,appoint counsel

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 12-28-23

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-28-23

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*