IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERMAINE BELL, #33031-037                                                              PETITIONER

V.                                                                        CIVIL NO. 3:24-cv-3-HTW-LGI

MARCUS MARTIN                                                                          RESPONDENT

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date,

**IT IS, HEREBY ORDERED AND ADJUDGED** that this cause filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice as to the jurisdictional issue and without prejudice in all other respects.

**SO ORDERED AND ADJUDGED** this the 13th, day of May, 2024.

/s/Henry T. Wingate
UNITED STATES DISTRICT JUDGE